447 A.2d 655

Commonwealth v. Ondic, Appellant.

Argued February 9, 1982. Richard A. Peterson, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

* At the time this case was submitted, Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania is sitting by designation.

624

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.